**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

VALENTIN REID, on behalf of himself and all others similarly situated,

_____,

                          Plaintiff(s)

**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

-against-

19 **CV** 08272   ( LGS )

PHONEPOWER, INC.
_____,
                         Defendant(s).

-------------------------------------------------------------X

    \_\_\_\_\_VALENTIN REID\_\_\_\_\_ hereby declares as follows:

1. I am the plaintiff in this action.

2. This action was commenced pursuant to \_28 U.S.C. 1331 and 42 U.S.C. 12181\_.

3. The time for defendant(s), \_PHONEPOWER, INC.\_, to answer or otherwise move with respect to the complaint herein has expired.

4. Defendant(s), \_PHONEPOWER, INC.\_, has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) \_PHONEPOWER, INC.\_ to answer or otherwise move has not been extended.

5. That defendant(s) \_PHONEPOWER, INC.\_ is not an infant or incompetent. Defendant(s) \_PHONEPOWER, INC.\_ is not presently in the military service of the United States as appears from facts in this litigation.

WHEREFORE, plaintiff VALENTIN REID requests that the default of defendant(s) PHONEPOWER, INC. be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: 11/14/19

By: /s/ David Force
David Force, Esq.
dforce@steinsakslegal.com
285 Passaic Street
Hackensack, NJ 07601