| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X<br>VALENTIN REID,<br>      Plaintiff,<br>  -against-<br>PHONEPOWER, INC.,<br>      Defendant.<br>------------------------------------------------------------X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 12/16/2019<br><br>19 Civ. 8272 (LGS)<br><br>ORDER |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order at Dkt. No. 11 requires Plaintiff to file the default judgment papers by November 22, 2019. After Plaintiff's filing was deficient, the Court extended the deadline to file the papers by December 10, 2019;

WHEREAS, Plaintiff has not timely filed the default judgment papers. It is hereby

**ORDERED** that, unless Plaintiff files the papers, in accordance with the Individual Rules, Attachment A, and the Order at Dkt. No. 13, by **December 23, 2019**, sanctions may be imposed, including dismissal of this case for failure to prosecute.

Dated: December 16, 2019
   New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**